<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6964**

TITUS ALPHONSO GADDY,

        Plaintiff - Appellant,

    v.

C. A. HARRELL, Doctor; NICOLE COZAIRER, Pharmacist,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.   James A. Beaty, Jr., Chief District Judge.  (1:08-cv-00097-JAB-PTS)

Submitted:  November 30, 2010      Decided:  December 7, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Titus Alphonso Gaddy, Appellant Pro Se.   Elizabeth Pharr McCullough, Kelly Elizabeth Street, YOUNG, MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Titus Gaddy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gaddy v. Harrell, No. 1:08-cv-00097-JAB-PTS (M.D.N.C. June 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED